**Not for Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals

## For the First Circuit

---

No. 03-2420

CARMEN I. ROSADO,

Plaintiff, Appellant,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Gustavo A. Gelpi, U.S. Magistrate Judge]

---

Before

Torruella, Lipez and Howard,
Circuit Judges.

---

Salvador Medina de la Cruz on brief for appellant.
Lisa de Soto, General Counsel, Social Security Administration, Thomas Crawley, Deputy General Counsel, James A. Winn, Acting Deputy General Counsel, and Charlene Bellinger Honig on brief for appellee.

---

August 26, 2004

---

**Per Curiam**.  After carefully reviewing the briefs and record on appeal, we affirm for substantially the reasons stated by the district court.  The court had no jurisdiction to review the Commissioner's refusal to reopen the earlier claim. Califano v. Sanders, 430 U.S. 99 (1977); Torres v. Sec'y. of Health and Human Servs., 845 F.2d 1136 (1st Cir. 1988).

Affirmed.

1st Cir. Rule 27(c).